# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANOUCHER MOHAMMADI, REZA MOHAMMADI, SIMIN MOHAMMADI AND NASRIN MOHAMMADI, ON BEHALF OF THEMSELVES AND ON BEHALF OF AKBAR MOHAMMADI, AND DOES 1 THROUGH UNKNOWN, <br><br>c/o Freedom Watch, Inc. <br>P.O. 2789 <br>Washington, D.C. 20013 <br>And Other Class Members <br><br>          Lead Plaintiffs , <br><br>   v. <br><br>ISLAMIC REPUBLIC OF IRAN <br>c/o Mohammad Khazaee <br>Permanent Representative of Iran <br>to the United Nations <br>East 46th Street <br>New York, New York 10017 <br><br>     and <br><br>MAHMOUD AHMADINEJAD <br>c/o President's Office <br>Pasteur Avenue <br>Postal Office 1423-13185 <br>Tehran, Iran 13168-43311 <br><br>     and | 1:09-cv01289 <br><br><br>RETURN OF SERVICE |

1

**MOTION FOR BRIEF ADDITIONAL EXTENTION OF TIME**

```
AYATOLLAH SAYID ALI              )
HOSEYNI KHAMENEI                 )
c/o Mohammad Khazaee             )
Permanent Representative of Iran )
to the United Nations            )
East 46th Street                 )
New York, New York 10017         )
and                              )
                                 )
ARMY OF THE GUARDIANS OF THE     )
ISLAMIC REVOLUTION               )
c/o Mohammad Khazaee             )
Permanent Representative of Iran )
to the United Nations            )
East 46th Street                 )
New York, New York 10017         )
                                 )
                                 )
            Defendants           )
                                 )
                                 )
                                 )
                                 )
```

I, Mohammad Tagli Mosleghi, being over eighteen years of age and a U.S. citizen and having no relation whatsoever to any of the defendants, on December 15, 2010, at 12: 55 PM, personally served each and every one of the named defendants by serving the Embassy of Switzerland (2900 Cathedral Avenue Northwest Washington D.C., DC 20008-3405), which is the representative of the Islamic Republic of Iran and its government officials and entities with regard to the United States. Service was made by hand and copies of the Amended Complaint along with summons for each and every defendant (issued as of this date), along with certified translation of the Amended Complaint in the Farsi language were served on the document intake person inside the Embassy.

                                                S///
                                      Mohammad Tagi Moslehi
                                      P.O. Box 3633
                                      Washington, D.C. 20027

Sworn to under penalty of perjury.
December 15, 2010

**MOTION FOR BRIEF ADDITIONAL EXTENTION OF TIME**