# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

NASRIN MOHAMMADI, *et al.*,

Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN, *et al.*,

Defendants.

Civil Action No. 09-1289 (BAH)
Judge Beryl A. Howell

## ORDER

Upon consideration of plaintiffs' Motion for Entry of Default and Motion for Default Judgment, ECF No. 15, it is hereby

**ORDERED** that plaintiffs' Motion for Entry of Default against defendants Islamic Republic of Iran, Mahmoud Ahmadinejad, Ayatollah Sayid Ali Hoseyni Khamenei, and Army of the Guardians of the Islamic Revolution is GRANTED.  The Clerk is directed to enter default against these four defendants; it is further

**ORDERED** that, to notify defendants of the entry of default, the Clerk's Office shall cause a copy of this Order to be translated into Farsi and to be transmitted to the Department of State for diplomatic service upon defendants; and it is further

**ORDERED** that the Court will hold a status conference on December 16, 2011 at 9:15 AM in order to schedule further proceedings in this matter.  The plaintiff is granted leave to appear telephonically at the December 16, 2011 conference.

**SO ORDERED.**

**DATED:  DECEMBER 8, 2011**

/s/ *Beryl A. Howell*

BERYL A. HOWELL
United States District Judge